39 A.3d 991

Daniel S. and Laura WHITE, Individually and as
Parents and Guardians of C.W., a Minor,

v.

Richard BEHLKE, M.D., and Ob–Gyn Consultants, Ltd. and
Community Medical Center Health Care Systems d/b/a Community Medical Center and/or Community Medical Center.

Petition of Richard Behlke, M.D. and Ob–Gyn Consultants, Ltd.

Supreme Court of Pennsylvania.

March 1, 2012.

## ORDER

PER CURIAM.

AND NOW, this 1st day of March, 2012, the Petition for Allowance of Appeal is DENIED. Petitioner's Application for Leave to File a Reply Brief, Leave to File Post Submission Communication and Application for Post Submission Communication in the Nature of Filing a Reply Brief are DISMISSED AS MOOT.